AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

JAYSON LOREN EDWARD BUSH,

        Petitioner,

                              JUDGMENT IN A CIVIL CASE

            v.

SCOTT FRAKES, Superintendent,

                              CASE NUMBER: CV-09-184-LRS

        Respondent.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED the Petitioner's Petition for Writ of Habeas Corpus under 28 U.S.C. 2254 is DISMISSED WITH PREJUDICE. File closed.

| | |
|---|---|
| September 10, 2009 | JAMES R. LARSEN |
| *Date* | *Clerk* |
| | s/ Cheryl Switzer |
| | *(By) Deputy Clerk* |
| | Cheryl Switzer |